

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00308-CR

**ERNEST EARL WASHINGTON, JR.,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2016-1709-C2

## ABATEMENT ORDER

Appellant's brief was originally due January 5, 2018. Four previous extensions of time have been granted. Counsel has now filed his fifth motion for extension of time to file appellant's brief requesting an additional 30 days to file appellant's brief. This most recent request pushes the total amount of time to over 170 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days.

In our last order granting counsel an extension of time to file the brief, we gave counsel the opportunity to have substituted counsel appointed and warned counsel that

if no brief was timely filed and no notice of substitute counsel is timely filed, the Court would have no alternative but to abate this proceeding to the trial court for an appropriate hearing. *See* TEX. R. APP. P. 38.8(b)(2), (3). Neither a notice of substitute counsel nor a brief have been filed.

We understand the legitimate limitations on counsel's ability to timely file appellant's brief. However, we must balance those limitations against appellant's right to have a brief timely filed on his behalf to prosecute the appeal. If appellant is not opposed to the extension of time, we are not opposed to it. But, it is ultimately the trial court's decision to balance these diverse interests and determine whether the current counsel should remain assigned to do this appeal or whether new counsel or co-counsel should be appointed.

Accordingly, this appeal is abated to the trial court for a hearing and determination consistent with this order. The hearing must occur within 21 days from the date of this order, and appropriate supplemental records, if any must be filed by the trial court clerk and reporter within 7 days after the required hearing.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal abated
Order issued and filed June 13, 2018

